## Nellie Elgin, Appellee, v. Thomas Elgin, Appellant.
### (Not to be reported in full.)

Appeal from the Circuit Court of Macon county; the Hon. WIL-
LIAM K. WHITFIELD, Judge, presiding. Heard in this court at the
April term, 1916. Reversed. Opinion filed June 10, 1916.

### Statement of the Case.

Bill by Nellie Elgin, complainant, against Thomas
Elgin, defendant, for separate maintenance. From a
decree for complainant, defendant appeals.

WHITLEY & FITZGERALD, for appellant.

REDMON, HOGAN & REDMON, for appellee.

MR. PRESIDING JUSTICE THOMPSON delivered the opin-
ion of the court.

### Abstract of the Decision.

HUSBAND AND WIFE, § 264*—*when evidence insufficient to justify
decree for complainant.* Evidence in a suit for separate mainte-
nance, *held* not to justify a decree for the complainant.

---

## William E. Handel, Appellant, v. Christian County, Appellee.

1. JUSTICES OF THE PEACE, § 18*—*when county liable for payment
of statutory fees of justices.* A resolution passed by a board of
county supervisors recommending that the county pay the full
amount of all statutory fees in all preliminary hearings and in
all criminal cases where uncollectible from the defendant, the

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same
topic and section number.
Vol. CCI 26